# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUO JUN XU,<br><br>Defendant. | 2:02-CR-00674-PMP-LRL<br><br>**ORDER** |

On December 17, 2002, the Federal Grand Jury sitting in Las Vegas, Nevada returned an Indictment charging Defendant Guo Jun Xu with the Crimes of Use of a Fraudulently Obtained Visa (Counts One and Two). To date, Defendant Guo Jun Xu has not been arrested on these charges, and his case remains open on the docket of this Court.

**IT IS THEREFORE ORDERED that** Plaintiff United States shall have to and including **April 18, 2011** within which to file written status report regarding this case.

DATED: March 28, 2011.

_____
PHILIP M. PRO
United States District Judge