UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUO JUN XU, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:02-cr-674-PMP <br><br><br> **ORDER** |

On May 22, 2013, the Court granted Marc Picker, Esq.'s motion to be relieved as the attorney of record (#846) and ordered new counsel appointed (#848). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent Guo Jun Xu in place of Marc Picker, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Picker shall forward the file to the Federal Public Defender forthwith.

DATED this  30th  day of May, 2013.

Nunc Pro Tunc: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge